# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES CHAVEZ,<br><br>　　　　　　Petitioner,<br>v.<br><br>LAGRAND, WARDEN, et al.,<br><br>　　　　　　Respondents. | Case No. 3:13-cv-00548-MMD-WGC<br><br>ORDER |

Counsel has filed a notice of representation of petitioner (dkt. no. 13). Good cause appearing;

It is therefore ordered that petitioner shall have sixty (60) days from the date of entry of this order to file an amended petition for a writ of habeas corpus.

It is further ordered that the Clerk shall add Catherine Cortez Masto, Attorney General for the State of Nevada, as counsel for respondents.

It is further ordered that the Clerk shall electronically serve the attorney general of the state of Nevada a copy of the petition (dkt. no. 9) and a copy of this order.

It is further ordered that respondents' counsel shall enter a notice of appearance within twenty (20) days of entry of this order, but no further response shall be required from respondents until further order of the Court.

It is further ordered that any exhibits filed by the parties shall be filed with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter

or letters) of the exhibits in the attachment.  The hard copy of any additional state court record exhibits shall be forwarded — for this case — to the staff attorneys in Las Vegas.

DATED THIS 22nd day of November 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE