UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES CHAVEZ,<br><br>                Petitioner,<br>     v.<br><br>LeGRAND, WARDEN, et al.,<br><br>                Respondents. | Case No. 3:13-cv-00548-MMD-WGC<br><br>ORDER |

Respondents having submitted an unopposed motion for enlargement of time (third request) (dkt. no. 38), and good cause appearing, it is therefore ordered that respondents' unopposed motion for enlargement of time (third request) (dkt. no. 38) is granted. Respondents need not file a response to petitioner's surreply (dkt. no. 36) until after the Court has ruled upon petitioner's motion to accept surreply (dkt. no. 37), if necessary.

DATED THIS 16th day of January 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE