AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JAMES CHAVEZ,

      Petitioner,         JUDGMENT IN A CIVIL CASE

V.

                     CASE NUMBER:  **3:13-cv-00548-MMD-WGC**

LeGRAND, WARDEN, et al.,

      Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Petitioner's amended petition for writ of habeas corpus (ECF No. [22]) is denied.

    **IT IS FURTHER ORDERED** that a certificate of appealability is granted as whether this Court erred in its resolution of Ground One by concluding that it must defer to the Nevada Supreme Court's decision that Chavez's rights under the Confrontation Clause were not violated by the admission at trial of statements made by the deceased victim.

  February 22, 2017              **DEBRA K. KEMPI**
                                                                                      Clerk

                                                                            /s/ D. R. Morgan
                                                                            Deputy Clerk